UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| JOHN ALLEN RAINWATER, Plaintiff, | 1:18-cv-00049 LJO MJS (PC) |
|---|---|
| v. | ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT JOHN ALLEN RAINWATER, CO# 654-4, PLAINTIFF WITNESS |
| PAM AHLIN, et al., Defendant(s). | DATE: MARCH 22, 2018<br>TIME: 9:00 a.m. |

JOHN ALLEN RAINWATER, patient, CO#654-4, a necessary and material witness for the PLAINTIFF in proceedings in this case on MARCH 22, 2018, is confined at COALINGA STATE HOSPITAL, in the custody of the Executive Director. In order to secure this patient's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the patient in Courtroom #6, 7 Floor, United States Courthouse, 2500 Tulare Street, Fresno, California on MARCH 22, 2018, at 9:00 a.m.

**ACCORDINGLY, IT IS ORDERED that:**

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Executive Director to produce the patient named above to testify in United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court; and thereafter to return the patient to the above institution;

2. The custodian is ordered to notify the court of any change in custody of this patient and is ordered to provide the new custodian with a copy of this writ.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: The Executive Director of Coalinga State Hospital.**

**WE COMMAND** you to produce the patient named above to testify before the United States District Court at the time and place above, and from day to day until completion of the proceedings, or as ordered by the court; and thereafter to return the patient to the above institution.

**FURTHER**, you have been ordered to notify the court of any change in custody of the patient and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated: March 6, 2018      /s/ *Michael J. Seng*
                                            UNITED STATES MAGISTRATE

JUDGE

