UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JOHN ALLEN RAINWATER

        Plaintiff,

    v.

PAM AHLIN, et al.,

        Defendants.

CASE NO. 1:18-cv-00049-LJO-MJS (PC)

**ORDER VACATING WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

(ECF No. 14)

Plaintiff is a civil detainee proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.

On March 15, 2018, the Court vacated a previously set the hearing on Plaintiff's motion for temporary restraining order; the hearing was postponed indefinitely. (ECF No. 18.)

Accordingly, the order and writ of habeas corpus ad testificandum, issued March 06, 2018, to transport Plaintiff to Fresno for the now-vacated is HEREBY VACATED.

IT IS SO ORDERED.

Dated:   __March 19, 2018__       /s/ *Michael J. Seng*

                               UNITED STATES MAGISTRATE JUDGE

1