# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ALLEN RAINWATER,<br><br>    Plaintiff,<br><br>    v.<br><br>PAM AHLIN, et al.,<br><br>    Defendants. | Case No. 1:18-cv-00049-LJO-SAB<br><br>ORDER VACATING FINDINGS AND RECOMMENDATIONS AND DIRECTING THE CLERK OF THE COURT TO ADMINISTRATIVELY TERMINATE PLAINTIFF'S REQUEST FOR A TEMPORARY RESTRAINING ORDER<br><br>(ECF Nos. 5, 30, 32 ) |

Plaintiff John Allen Rainwater, a civil detainee, is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 26, 2018, Plaintiff filed a motion for a temporary restraining order to prevent the Department of State Hospitals from implementing amendments to section 4350 of Title 5 of the California Code of Regulations. On May 10, 2018, findings and recommendations were filed recommending denying Plaintiff's motion for a temporary restraining order. On May 15, 2018, Plaintiff filed a motion to dismiss his motion for a temporary restraining order. Plaintiff states that his request is now moot as his property was confiscated and has been either lost or destroyed.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed May 10, 2018, is VACATED (ECF No. 30); and

1

2. The Clerk of the Court is DIRECTED to administratively terminate Plaintiff's motion for a temporary restraining order (ECF No. 5)

IT IS SO ORDERED.

Dated: __**May 15, 2018**__

_____
UNITED STATES MAGISTRATE JUDGE