# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ALLEN RAINWATER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PAM AHLIN, et al.,<br><br>　　　　Defendants. | Case No. 1:18-cv-00049-LJO-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING PLAINTIFF'S MOTIONS FOR COURT ORDERS<br><br>(ECF Nos. 8, 9, 25) |

Plaintiff John Allen Rainwater, a civil detainee, is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 15, 2018, Plaintiff filed two motions for court orders. (ECF Nos. 8 & 9.) On April 6, 2018, the magistrate judge filed a findings and recommendations that construed Plaintiff's motions for court orders as requests for a preliminary injunction and recommended that the motions be denied. (ECF No. 25.) The findings and recommendations was served on Plaintiff and contained notice that any objections to the findings and recommendations were to be filed within thirty days from the date of service. The period for filing objections has passed and no objections have been filed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings

and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations, filed April 6, 2018, is ADOPTED IN FULL; and
2. Plaintiff's motions for court orders (ECF Nos. 8 & 9) are DENIED.

IT IS SO ORDERED.

Dated: **May 18, 2018**  /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE